# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK ADAMS,
Appellant,
vs.
KATRINA HERRLING,
Respondent.

No. 77744

**FILED**

FEB 11 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on December 27, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A. B.*

cc:   Chief Judge, The Eighth Judicial District Court
      Hon. J. Charles Thompson, Senior Judge
      Mark Adams
      Kelleher & Kelleher, LLC
      Eighth District Court Clerk

19-06360